FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTORINO CANDIDO CHAVEZ-CHAVEZ,<br><br>Defendant. | Case No.  25-MJ-2871<br><br>ORDER OF DETENTION |

I.

On May 16, 2025, Defendant Victorino Candido Chavez-Chavez - assisted by Spanish language interpreter Thomas Kavelin - made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Rebecca Harris was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Rahul Hari. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the reports and recommendations prepared by United States Probation and Pretrial Services, dated April 14, 2025 and April 17, 2025, and the arguments of counsel at the hearing.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ unverified background information
- ☒ family ties to Mexico including minor children
- ☒ No legal status in the United States
- ☒ unknown bail resources
- ☒ no ties to Central District of California
- ☒ substance use history
- ☒ Defendant is alleged to have entered the United States without permission after being deported in 2019.

## V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 16, 2025                              /s/
                                          ALKA SAGAR
                                          UNITED STATES MAGISTRATE JUDGE